JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE PATRICIO, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; ALEXANDRA RODA, an Individual; ALLEN SAVA, an Individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-07288<br><br>[Removed from Los Angeles Superior Court Case No. 25CHCV02272]<br><br>**ORDER FOR DISMISSAL PURSUANT TO FRCP 41 A**<br><br>Action Filed:　June 27, 2025<br>Trial Date:　　None Set |

ORDER FOR DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: 11/04/2025

UNITED STATES DISTRICT JUDGE

Hon. Maame Ewusi-Mensah Frimpong